FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 JUL 18 PM 3: 20

UNITED STATES OF AMERICA

v.

CASE NO. 8:18 cr 339 T 33 TGW

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)

JERRY KOEZENO, JR.

SEALED

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about May 25, 2017, in the Middle District of Florida, the defendant,

JERRY KOEZENO, JR.,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Possession of Methamphetamine**, on or about September 25, 2015; and

2. **Possession of Methamphetamine**, on or about August 25, 2016;

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Hi-Point, model C9, nine-millimeter handgun; four rounds of Winchester/WMA nine-millimeter ammunition; one round of CCI nine-

millimeter ammunition; one round of Remington nine-millimeter ammunition; and one round of Sellier & Bellot nine-millimeter ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about June 2, 2017, in the Middle District of Florida, the defendant,

JERRY KOEZENO, JR.,

did knowingly and intentionally possess with the intent to distribute and to distribute a controlled substance. The violation involved 5 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(B).

## COUNT THREE

On or about June 7, 2017, in the Middle District of Florida, the defendant,

JERRY KOEZENO, JR.,

did knowingly and intentionally possess with the intent to distribute and to distribute a controlled substance. The violation involved 5 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(B).

## FORFEITURE

1.  The allegations contained in Counts One through Three are hereby realleged and incorporated by reference for the purpose of alleging forfeiture

pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 922(g) as charged in Count One, the defendant, JERRY KOEZENO, JR., shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 21 U.S.C. § 841, as alleged in Counts Two and Three, the defendant, JERRY KOEZENO, JR., shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all of his rights, titles and interests in:

    a. any property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of such violation; and

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds, obtained from the offenses, and a Hi-Point, model C9, nine-millimeter handgun; four rounds of Winchester/WMA nine-millimeter ammunition; one round of CCI nine-millimeter ammunition; one round of Remington nine-millimeter ammunition; and one round of Sellier & Bellot nine-millimeter ammunition.

5.   If any of the property described above, as a result of any act or omission of either defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), directly and incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael M. Gordon
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JERRY KOEZENO, JR.

## INDICTMENT

Violations:   18 U.S.C. § 922(g)(1)
              21 U.S.C. § 841(a)

A true bill,

_____
Foreperson

Filed in open court this 18th day

of July, 2018.

_____
Clerk

Bail $_____