**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:18-cr-339-T-33TGW | DATE: | January 3, 2019 | |
|---|---|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | | | |
| | | **GOVERNMENT COUNSEL**<br>**Michael M. Gordon, AUSA** | | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JERRY KOEZENO, JR.** | | **KATHLEEN M. SWEENEY, AFPD** | | |
| **COURT REPORTER: Melissa Pierson** | | **DEPUTY CLERK:** | **Tamecika Lee** | |
| **TIME: 11:03 AM - 11:32 AM**<br>**TOTAL: 29 minutes** | | **COURTROOM:** | **14B** | |
| | | **PROBATION:** | **Dee Mosley** | |

**PROCEEDINGS:**     CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Defendant is adjudged guilty on Counts One, Two, and Three of the Indictment.

Defendant's Oral Motion for downward variance is **GRANTED**.

For the reasons set forth in the record, the Court imposes the following sentence:
    Imprisonment:  **ONE HUNDRED TWENTY (120) MONTHS.** This term consists of terms of 120 months as to Counts One, Two and Three, all such terms to run concurrently.
    Supervised Release: **SIXTY (60) MONTHS.** This term consists of a [36 month] term as to Count One and a [60 month] term as to Counts Two and Three, all such terms to run concurrently.

Mandatory and Standard terms and conditions apply.

Special conditions of supervised release:
1.     You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable

by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

2.      You shall submit to a search of your person, residence, place of business, any storage units under your control, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

3.      The defendant, having been convicted of a qualifying felony, shall cooperate in the collection of DNA as directed by the probation officer.

4.      The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

Fine is waived.

Special Assessment: $300.00 to be paid immediately.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and to counsel on appeal.

The Court recommends to the Bureau of Prisons that the defendant:
1.      Be confined at FCI Jesup;
2.      Participate in the 500-hour Residential Drug Abuse Treatment Program (RDAP);
3.      Be allowed to receive mental health treatment;
4.      Be allowed to participate in Life Skills classes; and
5.      Be evaluated for any other vocational programs the Bureau of Prisons deems appropriate.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 31 |
| Criminal History Category: | V |
| Imprisonment Range | 168-210 months |
| Supervised Release Range | 1 year-3 years as to Count 1; and 4 years-5 years as to Counts 2 and 3 |
| Restitution: | N/A |
| Fine Range | $30,000-$10,000,000 |
| Special Assessment | $300.00 |